NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES W. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3377, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

Charles W. Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles W. Johnson
     Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 5 2011

JAN HORBALY
CLERK